439 F.2d 154
 UNITED STATES of America, Plaintiff-Appellee,
v.
Ronald Elliott LUNDER, Defendant-Appellant.
 No. 26583.
 United States Court of Appeals, Ninth Circuit.
 April 7, 1971.
 
 Stanley J. Friedman, of Herzstein, Maier, Friedman, & Lippett, San Francisco, Cal., for appellant.
 James L. Browning, Jr., U.S. Atty., James L. Hazard, Asst. U.S. Atty., F. Steele Langford, Chief, Criminal Division, San Francisco, Cal., for appellee.
 Before DUNIWAY, ELY, and HUFSTEDLER, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment must be reversed. United States v. French, 9 Cir., 1970, 429 F.2d 391, and United States v. Newton, 9 Cir., 1970, 435 F.2d 671 are controlling. The government agrees.
 
 
 2
 Reversed.